| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367 | |
| ATTORNEY(S) FOR: Plaintiff Dejon Hemphill | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dejon Hemphill<br><br>Plaintiff(s),<br>v.<br>County of San Bernardino; City of San Bernardino; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>5:24-cv-825<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Dejon Hemphill_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dejon Hemphill | Plaintiff |
| County of San Bernardino | Defendant |
| City of San Bernardino | Defendant |

| | |
|---|---|
| April 18, 2024 | /s/ Dale K. Galipo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Dejon Hemphill