Paul B. Beach, Esq. [State Bar No. 166265]
E-mail: pbeach@lbaclaw.com
Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
Egle Donatz, Esq. [State Bar No. 349200]
E-mail: edonatz@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendant, CITY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF SAN BERNARDINO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-00825-KK-DTB <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> **[Local Rule 7.1-1]** <br><br> Complaint filed: April 18, 2024 <br><br> **Matter For Determination Before The Honorable Kenly Kiya Kato** |

TO THE CLERK OF COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant City of San Bernardino herein certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Dejon Hemphill | Plaintiff |
| City of San Bernardino | Defendant |
| County of San Bernardino | Defendant |

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: May 15, 2024         By   /s/ Aamir Raza
　　　　　　　　　　　　　　　　PAUL B. BEACH
　　　　　　　　　　　　　　　　AAMIR RAZA
　　　　　　　　　　　　　　　　EGLE DONATZ
　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　CITY OF SAN BERNARDINO