ADAM MIEDERHOFF (CA State Bar No. 261913)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail:  Adam.Miederhoff@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO COUNTY (erroneously sued as County of San Bernardino)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF SAN BERNARDINO and DOES 1-10, inclusive<br><br>    Defendants. | Case No.5:24-cv-00825-KK-DTBx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT SAN BERNARDINO COUNTY BY NOT MORE THAN 21 DAYS (L.R. 8-3)**<br><br>Complaint Served: April 25, 2024<br>Current Response Date: May 16, 2024<br>New Response Date: June 6, 2024<br><br><br>District Court Judge: Kenly Kiya Kato<br>Magistrate Judge: David T. Bristow |

TO THE COURT AND TO THE PARTIES HEREIN:

Plaintiff, DEJON HEMPHILL, and Defendant, SAN BERNARDINO COUNTY (erroneously sued and served as County of San Bernardino), by and through their respective counsel of record, hereby stipulate as follows:

1

WHEREAS, this civil lawsuit seeks damages for alleged civil rights violations relating to an alleged incident of excessive force;

WHEREAS, Defendant, SAN BERNARDINO COUNTY was served with the Complaint on April 25, 2024, making a responsive pleading due on or before May 16, 2024;

WHEREAS, Plaintiff agrees to provide Defendant SAN BERNARDINO COUNTY with additional time to review the relevant documents and respond to the Complaint;

WHEREFORE, Plaintiff and Defendant stipulate and agree that Defendant SAN BERNARDINO COUNTY shall have an extension of twenty-one (21) days within which to file a responsive pleading, making the responsive pleading due by on or before June 6, 2024.

IT IS SO STIPULATED

DATED: May 16, 2024          LAW OFFICES OF DALE K. GALIPO


/s/ Hang Le
Dale K. Galipo, Esq.
Hang Le, Esq.
Attorneys for Plaintiff,
Dejon Hemphill


DATED: May 16, 2024          TOM BUNTON
                             County Counsel


/s/ Adam L. Miederhoff
ADAM L. MIEDERHOFF
Supervising Deputy County Counsel
Attorneys for Defendant,
County of San Bernardino