LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL, | Case No. 5:24-cv-00825-KK-DTB |
| Plaintiff, | *Hon. Kenly Kiya Kato* |
| vs. | |
| COUNTY OF SAN BERNARDINO; CITY OF SAN BERNARDINO and DOES 1-10, inclusive, | **STIPULATION TO DISMISS DEFENDANT COUNTY OF SAN BERNARDINO AND FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| Defendants. | [*Proposed First Amended Complaint; Proposed Order filed concurrently herewith*] |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Dejon Hemphill ("Plaintiff") and Defendant City of San Bernardino ("Defendant City"), by and through their respective attorneys of record, hereby stipulate to the following for the purpose of jointly requesting that the Court issue an order dismissing the County of San Bernardino as a defendant, without prejudice, and granting Plaintiff leave to file a First Amended Complaint to name the involved officers and omit any references to the County of San Bernardino as a defendant:

1. Plaintiff filed the operative complaint in this action on April 18, 2024. (Dkt. No. 1), alleging the City of San Bernardino police officers and San Bernardino County Sheriff's Deputies were involved in the detention, arrest, and use of excessive force against Plaintiff. At the time Plaintiff filed his Complaint, he did not know the identities of the involved officers.

2. After serving the operative complaint on representatives for the City of San Bernardino and San Bernardino County, Plaintiff's counsel was contacted by a representative for the San Bernardino County and was informed that no deputies or employees from San Bernardino County were involved in the April 2, 2023, incident alleged in the operative Complaint. Plaintiff's counsel requested proof and the parties discussed obtaining the police reports that were generated from the incident. The representative for San Bernardino County represented that he had been in contact with counsel for the City of San Bernardino, who had agreed to produce certain police reports and evidence that revealed the identities of the involved officers, subject to a protective order. Plaintiff's counsel agreed that Plaintiff would be willing to dismiss San Bernardino County from this action if the documents showed that no deputies or employees from the County were involved in the incident.

1    3.    On June 5, 2024, Defendant City of San Bernardino and Plaintiff entered into a Stipulated Protective Order regarding the exchange of documents and information in this action. (Dkt. No. 17).

4.    On June 6, 2024, a Protective Order was issued. (Dkt. No. 18).

5.    On June 7, 2024, Defendant City of San Bernardino served Defendant's Initial Disclosures Pursuant along with certain documents.

6.    After reviewing the documents produced in Defendant City's Initial Disclosures, the parties met and conferred and agreed that there was good cause to enter into a stipulation to dismiss the County of San Bernardino as a defendant and request an order granting Plaintiff leave to file a First Amended Complaint.

7.    Plaintiff seeks to file a First Amended Complaint to name the involved City of San Bernardino officers in this incident as defendants. Specifically, Plaintiff seeks to name Michael Vuicich and Jackson Tubbs as defendant Doe 1 and Doe 2, respectively. Plaintiff also seeks to omit any references to the County of San Bernardino as a defendant.

8.    Accordingly, in light of the foregoing, the parties hereby stipulate that there is GOOD CAUSE and jointly request that the Court enter an order dismissing the County of San Bernardino as a defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and granting Plaintiff leave to file a First Amended Complaint.

9.    The First Amended Complaint, attached hereto as Exhibit "A," will serve as the operative complaint in this above-reference litigation. Plaintiff shall file his First Amended Complaint no later than seven (7) days after the date of the Court's Order approving this stipulation. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

//
//

IT IS SO STIPULATED.

DATED: July 10, 2024         LAW OFFICES OF DALE K. GALIPO

                             By_____/s/ Hang D. Le_____
                                Dale K. Galipo
                                Hang D. Le
                                Attorneys for Plaintiff

DATED: July 10, 2024         LAWRENCE BEACH ALLEN & CHOI, PC

                             By_____/s/ Aamir Raza*_____
                                Paul B. Beach
                                Aamir Raza
                                Attorneys for Defendant City of San Bernardino

---

* The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.