# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL,<br><br>    Plaintiff,<br>vs.<br><br>COUNTY OF SAN BERNARDINO;<br>CITY OF SAN BERNARDINO and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-00825-KK-DTB<br><br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS DEFENDANT COUNTY OF SAN BERNARDINO AND FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation to Dismiss Defendant County of San Bernardino and for Order Granting Leave for Plaintiff to File First Amended Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED as follows:

1. Defendant County of San Bernardino and all claims against Defendant County of San Bernardino are dismissed from the above-titled action, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff is granted leave to file a First Amended Complaint.

3. Plaintiff shall file his First Amended Complaint no later than seven (7) days after the date of this Order. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

IT IS SO ORDERED.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE