Aamir Raza, Esq. [State Bar No. 223530]
LAWRENCE BEACH ALLEN & CHOI, PC
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF SAN BERNARDINO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24-cv-00825-KK-DTB<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _Richard Copeland_ may serve as the Panel Mediator in the above-captioned case. _Aamir Raza_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _TBD_ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _August 7, 2024_    /s/ Hang Le _____
                           Attorney For Plaintiff  _Dejon Hemphill_

Dated: _____     _____
                           Attorney For Plaintiff  _____

Dated: _August 7, 2024_    /s/ Aamir Raza _____
                           Attorney For Defendant  _City of San Bernardino_

Dated: _____     _____
                           Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)    **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**