**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: Dejon Hemphill
DEFENDANT/RESPONDENT: City of San Bernardino; et al.

CASE NUMBER: 5:24-cv-00825-KK-DTB

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2349819CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CIVIL TRIAL SCHEDULING ORDER; ORDER/REFERRAL TO ADR; CIVIL STANDING ORDER; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

3. a. Party served *(specify name of party as shown on documents served)*:
   **Jackson Tubbs**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Detective Vega, Professional Standards Employee, Authorized person to accept service of process**
   Age: 45yrs | Weight: 200lbs | Hair: Black | Sex: Male | Height: 5'11" | Eyes: Brown | Race: Hispanic

4. Address where the party was served: **701 North D Street, San Bernardino, CA 92401**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/8/2024** (2) at *(time)*: **11:30 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2349819

| | |
|---|---|
| Plaintiff: Dejon Hemphill<br>Defendant: City of San Bernardino; et al. | CASE NUMBER:<br>5:24-cv-00825-KK-DTB |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                           (2) from *(city):*
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **Jackson Tubbs**
     under the following Code of Civil Procedure section:
     ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                       ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Justin McIntosh - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 147.69**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner    ☑ employee    ☐ independent contractor.
        (ii) Registration No.: **3006**
        (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **8/12/2024**

   **Justin McIntosh**
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (Signature - Per CC §1633.7)