Paul B. Beach, Esq. [State Bar No. 166265]
E-mail: pbeach@lbaclaw.com
Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
Egle Donatz, Esq. [State Bar No. 349200]
E-mail: edonatz@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendants, CITY OF SAN BERNARDINO, JACKSON TUBBS, and MICHAEL VUICICH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; JACKSON TUBBS; MICHAEL VUICICH; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00825-KK-DTB<br><br>**AMENDED NOTICE OF INTERESTED PARTIES**<br><br>**[Local Rule 7.1-1]**<br><br>Complaint filed: April 18, 2024<br><br>**Matter For Determination Before The Honorable Kenly Kiya Kato** |

TO THE CLERK OF COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendants City of San Bernardino, Jackson Tubbs, and Michael Vuicich herein certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Dejon Hemphill | Plaintiff |
| City of San Bernardino | Defendant |
| Jackson Tubbs | Defendant |
| Michael Vuicich | Defendant |

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: August 29, 2024        By   /s/ Aamir Raza
         PAUL B. BEACH
         AAMIR RAZA
         EGLE DONATZ
         Attorneys for Defendants,
         CITY OF SAN BERNARDINO, JACKSON TUBBS, and MICHAEL VUICICH