1  Paul B. Beach, Esq. [State Bar No. 166265]
2  E-mail: pbeach@lbaclaw.com
   Aamir Raza, Esq. [State Bar No. 223530]
3  E-mail: araza@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   E-mail: LBACOCstaff@lbaclaw.com
5  959 South Coast Drive, Suite 260
6  Costa Mesa, California 92626
7  Telephone No.: (714) 479-0180

8  Attorneys for Defendants, CITY OF SAN BERNARDINO, JACKSON TUBBS,
9  and MICHAEL VUICICH

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  DEJON HEMPHILL,                          ) Case No.: 5:24-cv-00825-KK-DTB
                                             )
14              Plaintiff,                   ) **STIPULATION RE:**
                                             )
15  vs.                                      ) **1) DISMISSING SUIT WITH**
                                             )    **PREJUDICE; AND**
16                                           ) **2) WAIVING ATTORNEYS' FEES**
    CITY OF SAN BERNARDINO;                  )    **AND COSTS**
17  JACKSON TUBBS; MICHAEL                   )
18  VUICICH; and DOES 3-10, inclusive,       ) [Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]
                                             )
19              Defendants.                  ) *[[Proposed] Order submitted concurrently*
20  _____ ) *herewith]*

21                                           **Matter For Determination Before The**
22                                           **Honorable Kenly Kiya Kato**

23       Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii):

24       IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff

25  Dejon Hemphill ("Plaintiff") and Defendants City of San Bernardino, Jackson

26  Tubbs and Michael Vuicich (collectively "Defendants"), through their respective

27  attorneys of record, as follows:

28       1.     That the above-entitled matter shall be dismissed in its entirety, with

prejudice, as to all past and current Defendants;

      2.    That any and all matters now pending before the Court are moot;

      3.    That each party will bear his, her or its own costs;

      4.    That neither side shall be deemed a prevailing party by virtue of this Stipulation, which is made following a settlement of the matter; and

      5.    That each party waives all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: March 11, 2025     By_____/s/ Aamir Raza_____

PAUL B. BEACH
AAMIR RAZA[1]
Attorneys for Defendants
CITY OF SAN BERNARDINO, JACKSON TUBBS & MICHAEL VUICICH

LAW OFFICE OF DALE K. GALIPO

Dated: March 10, 2025     By_____/s/ Hang D. Le_____

DALE K. GALIPO
HANG D. LE
Attorneys for Plaintiff
DEJON HEMPHILL

---

[1] I, Aamir Raza, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Stipulation and have authorized its filing.