**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEJON HEMPHILL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; JACKSON TUBBS; MICHAEL VUICICH; and DOES 3-10, inclusive,<br><br>  Defendants. | Case No.: 5:24-cv-00825-KK-DTB<br><br>**[*PROPOSED*] ORDER RE:**<br><br>**1) DISMISSING SUIT WITH PREJUDICE; AND**<br><br>**2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]<br><br>*[[Proposed] Order submitted concurrently herewith]*<br><br>**Matter For Determination Before The Honorable Kenly Kiya Kato** |

/ / /

/ / /

/ / /

1 | **[PROPOSED] ORDER**
2 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant
3 | to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule
4 | 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of
5 | Plaintiff's claims as to all current and former Defendants.
6 | IT IS FURTHER DECREED that each party has waived all claims for
7 | attorneys' fees and costs under 42 U.S.C. 1988 and any other provision of law.
8 | **IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE KENLEY KIYA KATO