JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON HEMPHILL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; JACKSON TUBBS; MICHAEL VUICICH; and DOES 3-10, inclusive,<br><br>  Defendants. | Case No.: 5:24-cv-00825-KK-DTB<br><br>**ORDER RE:**<br><br>**1) DISMISSING SUIT WITH PREJUDICE; AND**<br><br>**2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]<br><br>*[[Proposed] Order submitted concurrently herewith]*<br><br>**Matter For Determination Before The Honorable Kenly Kiya Kato** |

/ / /

/ / /

/ / /

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of Plaintiff's claims as to all current and former Defendants.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 and any other provision of law.

**IT IS SO ORDERED.**

Dated: March 11, 2025

HONORABLE KENLY KIYA KATO